AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

1147268

| | |
|---|---|
| United States of America<br>v.<br>Paul Ewald Lovley<br><br>*Defendant* | )<br>)  Case: 1:22–mj–00203<br>)  Assigned To : Judge Harvey, G. Michael<br>)  Assign. Date : 9/12/2022<br>)  Description: Complaint w/ Arrest Warrant<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Paul Ewald Lovley,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date:  09/12/2022

G. Michael Harvey
*Digitally signed by G. Michael Harvey*
*Date: 2022.09.12 16:40:54 -04'00'*

*Issuing officer's signature*

City and state:  Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 09.13.22, and the person was arrested on *(date)* 09.19.22
at *(city and state)* WASHINGTON DC

Date: 09.13.22

*Arresting officer's signature*
macilm

*Printed name and title*