# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 1:22-mj-203-2 |
| v. | : | |
| **PAUL EWALD LOVLEY,** | : | |
| **Defendant.** | : | |

## ORDER

Based upon the representations in the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that the currently scheduled status hearing on November 15, 2022 be continued for good cause until February 14, 2023 at 1:00 PM; and it is further

ORDERED that the time between November 15, 2022 and February 14, 2023 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the government time to produce discovery and additional time for the parties to discuss a potential pretrial resolution.

THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE